Approved.
DML
3/31/2021

# UNTIED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
### NEW ALBANY DIVISION

| | |
|---|---|
| RANDY BULLEIT, ) | |
| DANGERBOY PRODUCTIONS, LLC and ) | |
| RANDY BULLEIT DEVELOPMENT ) | |
| COMPANY, ) | |
|     Plaintiffs, ) | |
| ) | |
|     v. ) | Case No.: 4:20-cv-00094-DML-JMS |
| ) | |
| ZURICH AMERICAN INSRUANCE ) | |
| COMPANY, ) | |
|     Defendant. ) | |

## STIPULATION OF DISMISSAL

Now come the parties, by and through their respective attorneys and stipulate and agree that this case should be dismissed with prejudice and without costs, all matters in controversy between the parties having been resolved by settlement.

Respectfully submitted,

*/s/ Matthew W. Lorch*
Matthew W. Lorch
LORCH LAW OFFICE LLC
211 East Market Street
New Albany, Indiana 47150
Matthew@LorchLaw.com

Matthew J. Schad
Schad & Schad, P.C.,
223 E. Spring Street
New Albany, IN  47150
mschad@schadlaw.com

Counsel for Plaintiffs
*Randy Bulleit, Dangerboy Productions LLC*
*And Randy Bulleit Development Company*

*/s/ Michael L. Foran*
Michael L. Foran (Admitted *Pro Hac Vice*)
Collin M. Kent (Admitted *Pro Hac Vice*)
Foran Glennon Palandech Ponzi & Rudloff PC
222 North LaSalle Street, Suite 1400
Chicago, Illinois 60601
mforan@fgppr.com
ckent@fgppr.com

Douglas B. Bates (Bar No. 16355-10)
Chelsea R. Stanley (Bar No. 32770-22)
Stites & Harbison PLLC
323 East Court Avenue
Jeffersonville, Indiana 47130
dbates@stites.com
cstanley@stites.com

Counsel for Defendant
*Zurich American Insurance Company*